UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TINA SEALS,

                Plaintiff,

     -against-

AVEM SR., et al.,

                Defendants.

25-CV-5595 (LTS)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

     In an order dated October 1, 2014, in a previous civil action brought by Plaintiff in this court, the court barred Plaintiff from filing future civil actions in this court *in forma pauperis* ("IFP") without first obtaining leave of the court to file. *See Seals v. McClurkin*, ECF 1:14-CV-6080, 7 (S.D.N.Y. Oct. 1, 2014). Plaintiff files this new *pro se* civil action. She did not, however, pay the $405 in fees to initiate this action, file an IFP application, or request leave of the court to file. The Court therefore dismisses the action without prejudice for Plaintiff's failure to comply with court's October 1, 2014 order in *Seals*, No. 14-CV-6080.

     The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

     The Court directs the Clerk of Court to enter a judgment dismissing this action for the reason set forth in this order.

SO ORDERED.

Dated:  July 11, 2025
          New York, New York

                                            /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                           Chief United States District Judge