UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TINA SEALS,

               Plaintiff,

    -against-

AVEM SR., ET AL.,

              Defendants.

25 CIVIL 5595 (LTS)

CIVIL JUDGMENT

      For the reasons stated in the July 11, 2025, order, this action is dismissed.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

      SO ORDERED.

Dated:    July 16, 2025

       New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge